YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIMBERLY COX,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LAW OFFICES OF LES ZIEVE, A PROFESSIONAL CORPORATION; RICHARD L. MROCZEK; NEWREZ LLC; QWENDENA ROBINSON; ALFONSO RAMIREZ; AND ALL PERSONS KNOWN OR UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT, ADVERSE TO PLAINTIFF'S TITLE OR ANY CLOUD UPON PLAINTIFF S TITLE THERETO; AND DOES 1-100 INCLUSIVE,.,<br><br>　　　　　Defendants. | Case No.: 5:20-cv-04418-SVK<br>Assigned to the Hon. Susan van Keulen<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

— 1 —

— 2 —

1  On August 18, 2020 at 10:00 a.m. in Courtroom 6, of the above-entitled court, Motion to
2  Dismiss Plaintiff's Complaint of Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing
3  ("Shellpoint") came on for regularly scheduled hearing.
4  After full consideration of the papers, authorities, evidence, and arguments submitted in
5  support of and in opposition to the Motion, the Court rules as follows:
6
7  Shellpoint's Motion is granted without leave to amend.
8
9  **IT IS SO ORDERED**.
10
11  DATED: _____, 2020
12
13  _____
14  HON. SUSAN VAN KEULEN
    UNITED STATES MAGISTRATE JUDGE

— 2 —
[PROPOSED] ORDER GRANTING MOTION TO DISMISS

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2020, I electronically filed the foregoing document(s) entitled:

- [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

with the Clerk of the Court at the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

I also served a copy of the above document(s) by U.S. Mail to:

| | |
|---|---|
| Ronald H. Freshman, Esq., SBN #225136 | Bradford E. Klein, Esq. |
| Law Offices of Ronald H. Freshman | ZBS Law, LLP |
| 3040 Skycrest Drive | 30 Corporate Park, Suite 450 |
| Fallbrook, CA 92028 | Irvine, CA 92606 |
| *Counsel for Plaintiff* | *Counsel for The Law Offices of Les Zieve and Richard Mrozrek* |

DATED:  July 9, 2020.

By  */s/ Neeru Jindal*
Pavel Ekmekchyan
Neeru Jindal
Attorneys for Defendants
NewRez LLC dba Shellpoint Mortgage Servicing