EXHIBIT B

B6A (Official Form 6A) (12/07)

IN RE Cox, Kimberly
                    Debtor(s)

Case No. 10-61716 CN 7
(If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Real Property at 131 Sutphen St., Santa Cruz, CA 95060, APN 008-091-17 | Fee Simple | W | unknown | 6,541.00 |
| | | TOTAL | 0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

**IN RE Cox, Kimberly** _____ Case No. **10-61716 CN 7** _____
                          Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | W | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank Account | W | 1,128.72 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Household goods and furnishings, video and computer equipment | J | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books | W | 250.00 |
| 6. Wearing apparel. | | Clothes | W | 1,000.00 |
| 7. Furs and jewelry. | | Jewelry - wedding ring | W | 4,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Cameras | W | 250.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Fidelity Retirement Fund - 401k | W | 20,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE Cox, Kimberly _____   Case No. **10-61716 CN 7**
                                   Debtor(s)                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Jetta wagon | C | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory | X | | | |
| 31. Animals. | | One dog and cat | J | unknown |
| 32. Crops - growing or harvested Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1995-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Cox, Kimberly	Case No. 10-61716 CN 7
	Debtor(s)	(if known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 32,148.72 |

___0 continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/10)

IN RE Cox, Kimberly        Case No. **10-61716 CN 7**
           Debtor(s)                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☑ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| Real Property at 131 Sutphen St., Santa Cruz, CA 95060, APN 008-091-17 | CCCP § 704.730(a)(3) | 175,000.00 | unknown |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Cash on hand | CCCP § 704.080 | 20.00 | 20.00 |
| Bank Account | CCCP § 704.080 | 1,128.72 | 1,128.72 |
| Household goods and furnishings, video and computer equipment | CCCP § 704.020 | 2,500.00 | 2,500.00 |
| Books | CCCP § 704.020 | 250.00 | 250.00 |
| Clothes | CCCP § 704.020 | 1,000.00 | 1,000.00 |
| Jewelry - wedding ring | CCCP § 704.040 | 4,500.00 | 4,500.00 |
| Cameras | CCCP § 704.020 | 250.00 | 250.00 |
| Fidelity Retirement Fund - 401k | CCCP § 704.110(b), Gov. Code § 21201 | 20,000.00 | 20,000.00 |
| 2002 Jetta wagon | CCCP § 704.010 | 2,500.00 | 2,500.00 |

* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE Cox, Kimberly                                                                     Case No. **10-61716 CN 7**
                             Debtor(s)                                                                                                             (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 008-091-17<br>County of Santa Cruz Treasurer - Tax Col<br>701 Ocean Street<br>Santa Cruz, CA 95060 | | W | Property taxes fort 131 Sutphen St., Santa Cruz, CA 95060. Contingent on selling property and paying from proceeds of sale.<br><br>VALUE $ | X | | | 6,541.00 | 6,541.00 |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| 0 continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | $ 6,541.00 | $ 6,541.00 |
| | | | Total<br>(Use only on last page) | | | | $ 6,541.00 | $ 6,541.00 |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

IN RE Cox, Kimberly                                                                                    Case No. **10-61716 CN 7**
                                                    Debtor(s)                                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

0 continuation sheets attached

B6F (Official Form 6F) (12/07)

IN RE Cox, Kimberly _____ Case No. **10-61716 CN 7**
                                                  Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 085583668<br>America's Wholesale Lender<br>P.O. Box 10219<br>Van Nuys, CA 91410-0219 | | W | Claim allegedly incurred 12/10/2004. Consideration for claim was to refinance real property at 131 Sutphen St., Santa Cruz, CA 95060. Debtor contends that if this debt is proven to exist at all, it is unsecured and subject to discharge. **Subject to Setoff** | X | X | X | unknown |
| ACCOUNT NO.<br>Countrywide Home Loans, Inc.<br>P.O. Box 10423<br>Van Nuys, CA | | | Assignee or other notification for:<br>America's Wholesale Lender | | | | |
| ACCOUNT NO.<br>The Bank of New York<br>101 Barclay St. 4W<br>New York, NY 10286 | | | Assignee or other notification for:<br>America's Wholesale Lender | | | | |
| ACCOUNT NO.<br>The Bank Of New York Mellon As Trustee<br>C/O BAC Home Loans Servicing<br>400 Countrywide Way SV-35<br>Simi Valley, CA | | | Assignee or other notification for:<br>America's Wholesale Lender | | | | |

___4___ continuation sheets attached

                                                                                Subtotal<br>
                                                            (Total of this page) $

                                                                                Total<br>
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Cox, Kimberly                                                Case No. 10-61716 CN 7
                          Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3732-712633-B1002<br>American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | | W | Unknown date incurred. Consideration miscl. credit card charges. | | | | 4,648.62 |
| ACCOUNT NO. 3725-731583-81000<br>American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | | W | Unknown date claim incurred. Consideration was for miscl. credit card charges. | | | | 17,574.09 |
| ACCOUNT NO. 34999075664476833<br>American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | | W | Unknown date claim was incurred. Consideration was miscl. credit card charges. | | | | 17,574.00 |
| ACCOUNT NO. 085583668<br>BAC Home Loans Servicing, LP<br>P.O. Box 515503<br>Los Angeles, CA 90051-6803 | | W | Date claim was incurred is uknown. Claim is allegedly for real property at 131 Sutphen St., Santa Cruz, CA 95060. Debtor contends that if this debt is proven to exist at all, it is unsecured and subject to discharge.<br>Subject to Setoff | X | X | X | 581,688.46 |
| ACCOUNT NO. 7497-5026-920-250<br>Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | | W | Unknown when Claim was Incurred. Consideration was for miscl. credit card charges. | | | | 46,216.00 |
| ACCOUNT NO. 5178-0526-0679-4689<br>Capital One Bank<br>P.O. Box 60599<br>City Of Industry, CA 91716-0599 | | W | Unknown date claim was incurred. Consideration was miscl. credit card charges. | | | | 15,201.00 |
| ACCOUNT NO. 4147-2020-1046-9110<br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | W | Unknown date claim was incurred. Consideration was for misc. credit card charges. | | | | 6,123.00 |

Sheet no. 1 of 4 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 689,024.17

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Cox, Kimberly                                                   Case No. 10-61716 CN 7
                                       Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4246-1520-2606-7566<br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | W | Unknown date claim was incurred. Consideration was for miscl. credit card charges. | | | | 4,897.00 |
| ACCOUNT NO. 4266-8411-6945-3931<br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | W | Unknown date incurred. Consideration was for miscl. credit card charges. | | | | 5,394.00 |
| ACCOUNT NO. 4444-0010-0813-7030<br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | W | Unknown date claim was incurred. Consideration was for miscl. credit card charges. | | | | 3,154.00 |
| ACCOUNT NO. 5222-7631-4004-6230<br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | W | Unknown date claim was incurred. Consideration was for miscl. credit card charges. | | | | 6,573.00 |
| ACCOUNT NO 4640-1820-1328-0957<br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | W | Unknown date claim was incurred. Consideration for cllam was for miscl. credit card charges. | | | | 4,714.00 |
| ACCOUNT NO. 4417-1125-7260-5289<br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | W | Unknown date claim was incurred. Consideration was for miscl. credit card charges. | | | | 6,741.00 |
| ACCOUNT NO. 5410-6547-0621-4118<br>CITIBANK (SOUTH DAKOTA) N.A.<br>701 E 60th St. N.<br>Sioux Falls, SD 57104 | | W | Unknown date claim was incurred. Consideration was for miscl. credit card charges. | | | | 8,345.22 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 39,818.22

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Cox, Kimberly                                                   Case No. 10-61716 CN 7
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6035320063300410 <br> CITIBANK (SOUTH DAKOTA) N.A./HOME DEPOT <br> P.O. Box 7032 <br> Sioux Falls, SD 57117-7032 | | W | Unknown date claim was Incurred. Consideration for claim was for miscl. credit card charges. | | | | 8,351.30 |
| ACCOUNT NO. 5410-6547-0621-4110 <br> CitiCard <br> P.O. Box 6000 <br> The Lakes, NV 89163-6000 | | W | Unknown date claim was Incurred. Consideration was for miscl. credit card charges. | | | | 8,345.00 |
| ACCOUNT NO. 4195-0910-0017-4587 <br> GEMoney Bank <br> Chevron Texaco <br> P.O. Box 981430 <br> El Paso, TX 79998-1430 | | W | Claim Incurred 2000-2010 | | | | 877.90 |
| ACCOUNT NO. 6035-3200-6330-0410 <br> Home Depot Credit Services <br> P.O. Box 182676 <br> Columbus, OH 43218-2676 | | W | Unknown date claim was incurred. Consideration for claim was for miscl. credit card charges. | | | | 8,531.30 |
| ACCOUNT NO. 085583668 <br> RECONTRUST Company <br> 1800 Tapo Canyon Rd., CA6-914-01-94 <br> Simi Valley, CA 93063 | | W | Unknown when this alleged claim was supposedly Incurred. This is a duplicate claim. Debtor contends that if this debt is proven to exist at all, it is unsecured and subject to discharge. Subject to Setoff | X | X | X | unknown |
| ACCOUNT NO. 4037-6982-4700-0011 <br> US Bank <br> PO Box 790408 <br> St. Louis, MO 63179-0408 | | W | Unknown date claim was Incurred. Consideration for claim was for miscl. credit card charges. | | | | 22,817.88 |
| ACCOUNT NO. 4270-8110-1092-7395 <br> USAA Credit Card Services <br> 10750 McDermott Fwy <br> San Antonio, TX 98288-0570 | | W | Unknown date claim was incurred. Consideration for claim was for miscl. credit card charges. | | | | 6,105.00 |

Sheet no. __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 55,028.38

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Cox, Kimberly _____   Case No. 10-61716 CN 7
                                        Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5458-8310-1092-7394<br><br>USAA Credit Card Services<br>10750 McDermott Fwy<br>San Antonio, TX 98288-0570 | | W | Unknown date claim was incurred. Consideration for claim was for miscl. credit card charges. | | | | 6,105.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 6,105.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 789,975.77

B61 (Official Form 61) (12/07)

IN RE Cox, Kimberly                                                                 Case No. **10-61716 CN 7**
                          Debtor(s)                                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** | | AGE(S): **23** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Student Business Services** | |
| Name of Employer | **University Of California** | |
| How long employed | **7 years and 6 months** | |
| Address of Employer | **Santa Cruz, CA 95060-5728** | |

INCOME: (Estimate of average or projected monthly income at time case filed)                                        DEBTOR          SPOUSE

1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly)           $ 4,817.07   $
2. Estimated monthly overtime                                                                                                       $                 $
3. **SUBTOTAL**                                                                                                                          $ 4,817.07   $
4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and Social Security                                                                                         $ 2,348.89   $
   b. Insurance                                                                                                                             $ 173.51      $
   c. Union dues                                                                                                                         $                 $
   d. Other (specify)   **See Schedule Attached**                                                                    $ 530.81      $
                                                                                                                                                   $                 $
5. **SUBTOTAL OF PAYROLL DEDUCTIONS**                                                                               $ 3,053.21   $
6. **TOTAL NET MONTHLY TAKE HOME PAY**                                                                             $ 1,763.86   $

7. Regular income from operation of business or profession or farm (attach detailed statement) $           $
8. Income from real property                                                                                                     $                 $
9. Interest and dividends                                                                                                           $                 $
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or
     that of dependents listed above                                                                                           $                 $
11. Social Security or other government assistance
     (Specify)                                                                                                                              $                 $
                                                                                                                                                   $                 $
12. Pension or retirement income                                                                                              $                 $
13. Other monthly income
     (Specify) **Trilogy - Pet Food Biz**                                                                                    $ 4.00          $
                                                                                                                                                   $                 $
                                                                                                                                                   $                 $

14. **SUBTOTAL OF LINES 7 THROUGH 13**                                                                                $ 4.00          $
15. **AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14)                           $ 1,767.86   $

16. **COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15;
if there is only one debtor repeat total reported on line 15)                                                           $ **1,767.86**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

IN RE Cox, Kimberly                                                          Case No. 10-61716 CN 7
                              Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: | | |
| UCRP | 77.34 | |
| OASDI | 280.71 | |
| Supplemental Life | 17.77 | |
| Supplemental Disability | 34.19 | |
| AD&D Insur | 4.80 | |
| Health FSA | 50.00 | |
| Parking MLYR | 66.00 | |

B6J (Official Form 6J) (12/07)

IN RE Cox, Kimberly _____    Case No. 10-61716 CN 7
                              Debtor(s)                                (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)    $ 2,646.00
    a. Are real estate taxes included?  Yes ✓ No ___
    b. Is property insurance included?  Yes ✓ No ___
2. Utilities:
    a. Electricity and heating fuel    $ 140.00
    b. Water and sewer    $ 112.00
    c. Telephone    $ 175.00
    d. Other  Personal Expenses (Haircuts, Newspaper, Etc.)    $ 180.00
3. Home maintenance (repairs and upkeep)    $ 250.00
4. Food    $ 500.00
5. Clothing    $ 120.00
6. Laundry and dry cleaning    $ 20.00
7. Medical and dental expenses    $ 60.00
8. Transportation (not including car payments)    $ 200.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.    $ 150.00
10. Charitable contributions    $ 50.00
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's    $ 90.00
    b. Life    $
    c. Health    $
    d. Auto    $ 269.00
    e. Other  Health Insurance - Son    $ 120.00
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) Income Tax    $
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto    $
    b. Other    $
14. Alimony, maintenance, and support paid to others    $
15. Payments for support of additional dependents not living at your home    $
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)    $ 4,086.00
17. Other  Pet Food    $ 120.00

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $ 9,288.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**Moving expense expected increase in expenditures, decrease in income.**

20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from Line 15 of Schedule I    $ 1,767.86
    b. Average monthly expenses from Line 18 above    $ 9,288.00
    c. Monthly net income (a. minus b.)    $ -7,520.14

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Cox, Kimberly _____   Case No. 10-61716 CN 7
                                                Debtor(s)                                                     (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____19 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 2, 2011**            Signature: _Kimly Cox_
                                                 Kimberly Cox
                                                                                                                Debtor

Date: _____        Signature: _____
                                                                                              (Joint Debtor, if any)
                                                                        [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____           _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____           _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                                 (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.