EXHIBIT C

Form ODSC7fl

## UNITED STATES BANKRUPTCY COURT
### Northern District of California (San Jose)

| | |
|---|---|
| In re:<br>Kimberly Cox<br>aka Kimberly Bockman Cox<br>dba Bockman Enterprises<br>131 Sutphen St.<br>Santa Cruz, CA 95060<br><br>                Debtor(s)<br><br>Debtor/Joint Debtor Social Security Number(s):<br>   xxx-xx-9054 | Case Number: 10-61716 CN 7<br>Chapter: 7 |

## DISCHARGE OF DEBTOR AND FINAL DECREE

It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED**:
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

It further appears that the trustee, John W. Richardson in the above-entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

ORDERED that the chapter 7 case of the above-named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: 1/27/12                    By the Court:

                                  Charles Novack
                                  United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 34

ODSC7fi continued

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971-5 | User: kdu | Date Created: 1/27/2012 |
| Case: 10-61716 | Form ID: ODSC7fi | Total: 49 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
aty    Emily S. Keller    emily.s.keller@usdoj.gov
aty    Timothy Yett Suen Fong    tyfong919@gmail.com

                                                                                                                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Kimberly Cox    131 Sutphen St.    Santa Cruz, CA 95060
tr    John W. Richardson    5161 Soquel Dr. #F    Soquel, CA 95073
reqntc    GE Money Bank    c/o Recovery Management Systems Corp.    25 SE 2nd Avenue, Suite 1120    Miami, FL 33131-1605
smg    State Board of Equalization    Attn: Special Procedures Section, MIC:55    P.O. Box 942879    Sacramento, CA 94279
smg    CA Employment Development Dept.    Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280-0001
smg    CA Franchise Tax Board    Attn: Special Procedures    P.O. Box 2952    Sacramento, CA 95812-2952
smg    Internal Revenue Service    P.O. Box 7346    Philadelphia, PA 19101-7346
11420065    America's Wholesale Lender    P.O. Box 10219    Van Nuys, CA 91410-0219
11420066    American Express    P.O. Box 0001    Los Angeles, CA 90096-8000
11420068    American Express    P.O. Box 956842    St. Louis, MO 64195
11420067    American Express    P.O. Box 981537    El Paso, TX 79998
11420069    BAC Home Loans Servicing, LP    400 Countrywide Way SV-35    Simi Valley, CA 93065
11420070    Bank of America    P.O. Box 851001    Dallas, TX 75285-1001
11420073    CITIBANK (SOUTH DAKOTA) N.A.    701 E 60th St. N.    Sioux Falls, SO 57104
11420074    CITIBANK (SOUTH DAKOTA) N.A./HOME DEPOT    P.O. Box 7032    Sioux Falls, SO 57117-7032
11420078    CTC Real Estate Services    400 Countrywide Way, MSN SV-88    Simi Valley, CA 93065
11420071    Capital One Bank    P.O. Box 60599    City Of Industry, CA 91716-0599
11420072    Chase    P.O. Box 94014    Palatine, IL 60094-4014
11420075    Citi Card    P.O. Box 6000    The Lakes, NV 89163-6000
11420076    Client Services, Inc.    3451 Harry Truman Blvd.    St. Charles, MO 63301-4047
11420077    County of Santa Cruz Treasurer - Tax Col    701 Ocean Street    Santa Cruz, CA 95060
11420079    Elizabeth A. Bleier    Bleier &Cox    16130 Ventura Blvd.    Encino, CA 91436-3366
11420080    Firstsource Advantage, LLC    205 Bryant Woods South    Amherst, NY 14228
11420081    Frederick J. Hanna &Associates, P.C.    1427 Roswell Road    Marietta, GA 30062
11420082    GC Services Limited Partnership    Collection Agency Division    6330 Gulf ton    Houston, TX 77081
11496770    GE Money Bank    c/o Recovery Management Systems Corp.    25 SE 2nd Avenue, Suite 1120    Miami, FL 33131-1605    Attn: Ramesh Singh
11420083    Home Depot Credit Services    P.o. Box 182676    Columbus, OH 43218-2676
11420084    Hunt &Henriques    Attorneys At Law    151 Bernal Road, Suite 8    San Jose, CA 95119-1306
11420085    James E. Cox    16130 Ventura Boulevard, Suite 620    Encino, CA 91436
11420086    Janalie Henriques    Hunt &Henriques    151 Bernal Road, Suite 8    San Jose, CA 95119-1306
11420087    Michael S. Hunt    Hunt &Henriques    151 Bernal Road, Suite 8    San Jose, CA 95119-1306
11420088    Mortgage Electronic Registration Systems    P.O. Box 2026    Flint, MI 48501-2026
11420091    NCO Financial Systems, Inc.    507 Prudential Road    Horsham, PA 19044
11420092    NCO Financial Systems, Inc.    PO Box 15773    Wilmington, DE 19850-5773
11420089    Nationwide Credit, Inc.    2015 Vaughn Rd., Building 400    Kennesaw, GA 30144-7802
11420090    Nationwide Credit, Inc.    PO Box 740640    Atlanta, GA 30374-0640
11420093    Nelson &Kennard    2180 Harvard Street, Suite 160    Sacramento, CA 95853
11420094    Phillips &Cohen Associates    695 Rancocas Rd.    West Hampton, NJ 08060
11420095    Phillips &Cohen Associates    P.O. Box 108    St. Louis, MO 63166
11420096    RECONTRUST Company    1800 Tapo Canyon Rd., CA6-914-01-94    Simi Valley, CA 93063
11420097    Richard E. Golden    Bleier &Cox    16130 Ventura Boulevard    Encino, CA 91436-2568
11420099    US Bank    PO Box 790408    St. Louis, MO 63179-0408
11420100    USAA Credit Card Services    10750 McDermott Fwy    San Antonio, TX 98288-0570
11420098    United Recovery Systems    P.O. Box 722910    Houston, TX 77272-2910
11420102    Zwicker &Associates, P.C.    80 Minuteman Rd.    Andover, MA 01810-1008
11420101    Zwicker &Associates, P.C.    P.O. Box 101145    Birmingham, AL 35210-6145

                                                                                                                                                                                TOTAL: 46