EXHIBIT G

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

KIMBERLY COX,

    Plaintiff,

v.

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, et al.,

    Defendants.

Case No. 15-cv-02253-BLF

**JUDGMENT**

Having granted Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint without leave to amend, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 8, 2016

BETH LABSON FREEMAN
United States District Judge