EXHIBIT J

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

November 18, 2019

Scott S. Harris
Clerk of the Court
(202) 479-3011



Mr. Pavel Ekmekchyan
Yu Mohandei LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

Re: Kimberly Cox
v. Old Republic National Title Insurance Company, et al.
No. 18-1536

Dear Mr. Ekmekchyan:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

Scott S. Harris, Clerk

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300