EXHIBIT K

RECORDING REQUESTED BY:
RECONTRUST COMPANY
AND WHEN RECORDED MAIL DOCUMENT
AND TAX STATEMENTS TO:
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063




2009-0056700  12/07/2009  01:58:00 PM
OFFICIAL RECORDS OF Santa Cruz County
Sean Saldavia Recorder
RECORDING FEE: $24.00
COUNTY TAX: $0.00
CITY TAX: $0.00

STRU
1 PG
RCD135

ATTN: Dolores Romo-Carabajal
TS No. 09-0167053

0907860106

## SUBSTITUTION OF TRUSTEE AND ASSIGNMENT OF DEED OF TRUST

The undersigned MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (hereinafter referred to as Beneficiary) is the Beneficiary of that certain Deed of Trust dated 12/10/2004, executed by KIMBERLY COX, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY, Trustor, to CTC REAL ESTATE SERVICES, as Trustee, and recorded as Instrument No. 2004-0089505 on 12/21/2004, of Official Records in the County Recorder's Office of SANTA CRUZ County, California. NOW THEREFORE, Beneficiary hereby substitutes RECONTRUST COMPANY, N.A., WHOSE ADDRESS IS:1800 Tapo Canyon Rd., CA6-914-01-94, SIMI VALLEY, CA 93063, as Trustee under said Deed of Trust herein referred to, in the place and stead of and with all rights, title, powers, and interest of the former trustee described above.

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, conveys and transfers to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2 all beneficial interest under that certain Deed of Trust described above. Said described land: "As more fully described in the above referenced Deed of Trust." Together with the note or notes therein described or referred to, the money due and to become due thereon with the interest, and all rights accrued or to accrue under said Deed of Trust.

DATED: November 13, 2009

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

State of: __CALIFORNIA__   ) BY: _____
County of: __VENTURA__     )
                                Abraham Bartamian, Assistant Secretary

On NOV 27 2009 before me, __JANET L. KOCH__, notary public, personally appeared
ABRAHAM BARTAMIAN
_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Janet L Koch_ (Seal)
Notary Public's Signature
                  JANET L. KOCH

JANET L. KOCH
Commission # 1776832
Notary Public - California
Ventura County
My Comm Expires Oct 29, 2011

*Form subasgnmnt (01/09)*