EXHIBIT L

2014-0043351          12/19/2014 11:05 AM

OFFICIAL RECORDS OF Santa Cruz County
Sean Saldavia Recorder
RECORDING FEE: $21.00
COUNTY TAX: $0.00
CITY TAX: $0.00
322 ER ORT NATL ORANGE IN    STRU

RECORDING REQUESTED BY:

Old Republic Default Management Services

**Electronically Recorded**    2 PGS

RCD157

AND WHEN RECORDED MAIL TO:

New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing
55 BEATTIE PLACE
SUITE 110 MAIL STOP 005
GREENVILLE, SC 29601

SPACE ABOVE THIS LINE FOR RECORDER'S USE

APN: 008-091-17  TS No.: 14-53310  TSG Order No.: 02-14043146 Loan Number: 0532846483

## SUBSTITUTION OF TRUSTEE

**WHEREAS, KIMBERLY COX, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY** was the original Trustor, **CTC REAL ESTATE SERVICES** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICA'S WHOLESALE LENDER, A CORPORATION** was the original Beneficiary under that certain Deed of Trust dated 12/10/2004 and recorded on 12/21/2004 as Instrument No. 2004-0089505 , in Book --, Page -- of Official Records of Santa Cruz County, California, and

**WHEREAS,** the undersigned is the present Beneficiary under said Deed of Trust, and

**WHEREAS,** the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

**NOW, THEREFORE,** the undersigned hereby substitutes **Old Republic National Title Insurance Company,** as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

TS No.: 14-53310          TSG Order No.: 02-14043146

Dated: 12/10/14          New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing as servicer for, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-02, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-02

_Charlene R. Butler_

STATE of South Carolina
COUNTY of Greenville

Before me, Samantha P. Johnson, the undersigned officer, on this, the 10th day of December, 2014, personally appeared Charlene R. Butler, (insert name of signer)

☑ known to me or, ☐ through production of ___N/A___ as identification, who identified her/himself to be the Litigation Foreclosure Specialist of New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing the person and officer whose name is subscribed to the foregoing instrument, and being authorized to do so, acknowledged that (s)he had executed the foregoing instrument as the act of such corporation for the purpose and consideration described and in the capacity stated.

(seal)

[Notary seal: SAMANTHA P. JOHNSON, NOTARY PUBLIC, SOUTH CAROLINA]

_Samantha P. Johnson_
(Type or print name below signature)
Notary Public, State of South Carolina
Commission No.: _____
My Commission Expires: 1/30/23

SAMANTHA P. JOHNSON
Notary Public, State of South Carolina
My Commission Expires 1/30/2023