**YU | MOHANDESI LLP**

**Pavel Ekmekchyan** (SBN 223222)
213.985.2007 | pavel@yumollp.com
**Neeru Jindal** (SBN 235082)
213.266.5459 | njindal@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
NewRez LLC dba Shellpoint Mortgage Servicing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KIMBERLY COX,<br><br>Plaintiff,<br><br>v.<br><br>LAW OFFICES OF LES ZIEVE, A PROFESSIONAL CORPORATION; RICHARD L. MROCZEK; NEWREZ LLC; QWENDENA ROBINSON; ALFONSO RAMIREZ; AND ALL PERSONS KNOWN OR UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT, ADVERSE TO PLAINTIFF'S TITLE OR ANY CLOUD UPON PLAINTIFF'S TITLE THERETO; AND DOES 1-100 INCLUSIVE,<br><br>Defendants. | Case No.: 5:20-cv-04418-SVK<br>Assigned to the Hon. Susan van Keulen<br><br>**CERTIFICATE OF INTERESTED ENTITIES BY DEFENDANT NEWREZ LLC PURSUANT TO FRCP AND CIVIL L.R. 3-15** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES:

Pursuant to Civil L.R. 3-15, the undersigned counsel for defendant NewRez LLC dba Shellpoint Mortgage Servicing certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant NewRez LLC dba Shellpoint Mortgage Servicing is a party to this action.

2. Shellpoint Partners LLC owns ten percent (10%) or more of NewRez LLC.

3. New Residential Investment Corp. is the publicly traded ultimate parent of Shellpoint Partners LLC and NewRez LLC.

DATED: July 9, 2020

YU | MOHANDESI LLP

By: /s/ Neeru Jindal
Pavel Ekmekchyan
Neeru Jindal
Attorneys for Defendant
NewRez LLC dba Shellpoint Mortgage Servicing

— 1 —
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2020, I electronically filed the foregoing document(s) entitled:

- CERTIFICATE OF INTERESTED ENTITIES BY DEFENDANT NEWREZ LLC PURSUANT TO FRCP AND CIVIL L.R. 3-15

with the Clerk of the Court at the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

I also served a copy of the above document(s) by U.S. Mail to:

| | |
|---|---|
| Ronald H. Freshman, Esq., SBN #225136 | Bradford E. Klein, Esq. |
| Law Offices of Ronald H. Freshman | ZBS Law, LLP |
| 3040 Skycrest Drive | 30 Corporate Park, Suite 450 |
| Fallbrook, CA 92028 | Irvine, CA 92606 |
| *Counsel for Plaintiff* | *Counsel for The Law Offices of Les Zieve and Richard Mrozrek* |

DATED:  July 9, 2020.

By  */s/ Neeru Jindal*
Pavel Ekmekchyan
Neeru Jindal
Attorneys for Defendants
NewRez LLC dba Shellpoint Mortgage Servicing