Ronald H. Freshman, CA Bar No. 225136
Law Offices of Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, CA 92028
Telephone:   (858) 756-8288
Facsimile:     (858) 964-1728
E-mail: ronfreshman@gmail.com

Attorney for Plaintiff Kimberly Cox

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Kimberly Cox,<br>　　　　　　Plaintiff,<br>　　v.<br>LAW OFFICES OF LES ZIEVE, A PROFESSIONAL CORPORATION;<br>Richard L. Mroczek;<br>NEWREZ LLC;<br>Qwendena Robinson;<br>Alfonso Ramirez; and<br>All persons known or unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint, adverse to plaintiff's title or any cloud upon plaintiff's title thereto; and<br>Does 1-100 inclusive,<br>　　　　　　Defendants. | Case No. 5:20-cv-04418-VC<br>State Court Case No.: 20CV01161<br>Case Filed:  May 8, 2020<br><br>[Proposed] ORDER GRANTING PLAINTIFF KIMBERLY COX'S *EX PARTE* REQUEST TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS AND TO CONTINUE HEARING THEREON UNTIL PLAINTIFF'S MOTION TO REMAND IS DECIDED<br><br>Assigned Judge: Hon. Vince Chhabria<br>Hearing Date: 9/10/2020<br>Time: 10:00 a.m.<br>Courtroom: 4 |

## **ORDER**

　　Upon the plaintiff's request dated 7/15/2020, to extend the time to respond to the motion to dismiss filed on 7/9/2020 as Document 5; and to continue the hearing thereon until plaintiff's motion to remand is heard which is scheduled for 9/10/2020; and, there being no opposition to the request; the Court, having considered the papers submitted by counsel and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The deadline for plaintiff to respond to the motion to dismiss, is extended from July 23, 2020, until ☐ October 1, 2020, which is 21 days after the motion to remand is herd, or ☐ _____;

2. The hearing on the referenced motion to dismiss is continued, and any date set vacated, until ☐ October 15, 2020 which is 5 weeks after the hearing on plaintiff's motion to remand, or ☐ _____; and

3. All other filing, service and briefing deadlines shall remain in place.

4. Other: _____
_____
_____.

DATED: _____      _____