UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY COX,<br><br>        Plaintiff,<br><br>    v.<br><br>LAW OFFICES OF LES ZIEVE, et al.,<br><br>        Defendants. | Case No. 20-cv-04418-VC<br><br>**RE JOINDER FILINGS**<br>Re: Dkt. Nos. 18, 20 |

Cox's filing at Docket Number 20 does not comply with Judge Chhabria's Standing Order for Civil Cases. *See* Standing Order ¶ 24. Each exhibit should be filed as a separate PDF. Cox shall refile her motion for joinder with all exhibits by the close of business July 30, 2020. Cox (1) shall use the filing event "Other Documents" → "Amended Document (NOT Motion)," (2) shall link the document to the noncompliant filing, and (3) shall rename the filing appropriately. This order has no impact on the previously filed briefs.

**IT IS SO ORDERED.**

Dated: July 24, 2020

_____
VINCE CHHABRIA
United States District Judge