Ronald H. Freshman, CA BAR No. 225136
Law Offices of Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, CA 92028
Telephone: (858) 756-8288
Facsimile: (858) 964-1728
E-mail: ronfreshman@gmail.com

Attorney for Plaintiff Kimberly Cox

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Kimberly Cox,<br><br>            Plaintiff,<br><br>    v.<br><br>LAW OFFICES OF LES ZIEVE, A PROFESSIONAL CORPORATION;<br>Richard L. Mroczek;<br>NEWREZ LLC;<br>Qwendena Robinson;<br>Alfonso Ramirez; and<br>All persons known or unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint, adverse to plaintiff's title or any cloud upon plaintiff's title thereto; and<br>Does 1-100 inclusive,<br>            Defendants. | Case No. 5:20-cv-04418-VC<br>State Court Case No.: 20CV01161<br>Case Filed: May 8, 2020<br><br>KIMBERLY COX'S OBJECTION AND OPPOSITION TO "NOTICE OF JOINDER AND JOINDER TO DEFENDANT NEW REZ LLC'S MOTION TO DISMISS BY DEFENDANTS QWENDENA ROBINSON AND ALFONSO RAMIREZ AND ADDITIONAL ARGUMENTS IN SUPPORT OF MOTION TO DISMISS"; DECLARATION OF RONALD H. FRESHMAN IN SUPPORT HEREOF [filed concurrently herewith]<br><br>Assigned Judge: Hon. Vince Chhabria<br>Hearing Date: 9/10/2020<br>Time: 10:00 a.m.<br>Courtroom: 4, 17th Floor |

**OBJECTION AND OPPOSITION TO IMPROPERLY FILED JOINDER**

**INTRODUCTION**

1.  Plaintiff Kimberly Cox hereby objects to and opposes the purported "NOTICE OF JOINDER AND JOINDER TO DEFENDANT NEW REZ LLC'S MOTION TO DISMISS BY DEFENDANTS QWENDENA ROBINSON AND ALFONSO RAMIREZ AND ADDITIONAL ARGUMENTS IN SUPPORT OF MOTION TO DISMISS" ("Attempted Joinder") on the grounds that there were no reasons, grounds, authority or facts provided therein in support of its filing. As will be shown herein, the Attempted Joinder was

fabricated and filed for an improper, very specific and failed purpose: to cover attorney Neeru Jindal ("Jindal") and Pavel Ekmekchyans' ("EKMEKCHYAN") (collectively "J&E") failure to comply with Fed. R. Civ. P. 11, the N. Dist. Local Rules, and other Fed. Rules of Civ. Proc. before removing this action from State Court and attempting to avoid remand and potential sanctions.

### FACTS – CHAIN OF RELEVANT EVENTS

2.  Defendants Qwendena Robinson ("Robinson") and Alfonso Ramirez ("Ramirez") (collectively "Defendants") were named as individual defendants in this action.[1]

3.  **Defendants were each served** the summons and complaint by mail pursuant to Cal. Code of Civ. Proc. § 415.40 **on 6/3/2020** and acknowledged by return receipts dated 6/8/2020.[2]

4.  **Proofs of service of the summons and complaint on Defendants were filed with the Superior Court and placed on its docket on 6/11/2020**.[3]

5.  The **Notice of Removal was filed** by J&E alleging to be filed for "NEWREZ LLC" as Document 1 **on 7/2/2020** ("NOR").  However, **the NOR stated** in the attorney information block, that **J&E were (only) attorneys for defendant "NewRez LLC dba Shellpoint Mortgage Servicing."**

6.  **The NOR did not state anywhere that J&E were attorneys for Defendants,** nor did any other filings by J&E from the initial filing of the NOR 7/2/2020 until the Attempted Joinder was filed on 7/16/2020.  (Note, J&E have filed no less than 10 papers comprising nearly 600 pages thus far and not one page mentions J&E represent these Defendants).

7.  **¶ 12 of the NOR stated that Defendants "…have not been served and therefore their consent to removal is not required**."

8.  Pursuant to Cal. Code of Civ. Proc. § 412.20(a)(3), Defendants were required to respond to the Complaint by 7/13/2020 (answer or present other defenses or objections) which was within

---

[1] See. Document 1-1 filed on 7/02/2020 ("Complaint") page 6 of 297:16-Page 7 of 297:9.

[2] See. the PROOF OF SERVICE OF SUMMONS attached as Exhibit 1 to each application for entry of default pursuant to Fed. R. Civ. Proc. § 55(a), filed as Documents 15 and 16 on 7/16/2020 (collectively "Defaults"), incorporated herein by this reference and a true and correct copy attached as Exhibit 1 hereto.

[3] See, the true and correct copy of the Superior Court of California County of Santa Cruz docket for case No. 20CV01161, attached as Exhibit 2

30 days after service plus 10 days for out of state addresses mailed from or to (Cal. Civ. Proc. § 1013).  They did not.

9. Because the case was removed, **Defendants were required to respond to the Complaint** (answer or present other defenses or objections) pursuant to Fed. R. Civ. P. § 81(c),  **within 7 days** as the longest period, **by 7/9/2020** since the deadline under State Law was suspended after removal.  **They did not appear**.

10. **On 7/15/2020**, an **Ex Parte request for an extension and continuance** was filed as Document 14.  **¶ 8(g) of the Memorandum** therein, **stated "All defendants failed to consent to removal of this action as required"** which referenced in fn. 6 therein, **¶ 12 of the NOR** which **stated Defendants were not served and their consent to removal was not required**.

11. **On 7/15/2020, subsequent to the** aforementioned **extension request** was filed, **stating all defendants failed to consent to removal**, Jindal emailed Ms. Cox's attorney requesting proofs of service of summons'.  The proofs of service were provided to Jindal as requested.[4]

12. **On 7/16/2020, request for entries of default under Fed. R. Civ. P. 55(a) were filed**, Id.

13. **On 7/16/2020, subsequent to the aforementioned entry of defaults request, the Attempted Joinder was filed**.

### ARGUMENT

14. The Attempted Joinder provides nothing but 4 pages of unauthorized, untruthful rhetoric; nor were any grounds for its filing provided therein.  That "Plaintiff fails to state facts sufficient to constitute a cause of action against Defendants" as stated on page 2:8-9 therein, does not provide grounds for its filing.  Nor does Ms. Cox's counsel know of any authority (none was provided) for anyone to "join in and adopt the arguments contained in the Motion to Dismiss" that has failed to appear and defaulted, their defaults having not been entered as requested under R. 55(a) notwithstanding, particularly without a court order after hearing.

---

[4]   See, Exhibit 3 attached hereto and incorporated herein by this reference (attachments excluded which were the same as Exhibit 1 hereto).

15.    Not only were no ground for filing the Attempted Joinder provided, but no authority for its filing was provided either.

16.    No facts were provided in support of the Attempted Joinder; no facts were provided as to how Defendants were purportedly engaged by Defendants, let alone at this late date; nor does the Attempted Joinder state anywhere that Defendants actually engaged J&E; all that was provided was J&Es unsupported conclusory statement that they were.

17.    All the Attempted Joinder provides is additional argument (no facts) how the causes of action which should be noted each, arises exclusively under STATE LAW, against Defendants, engaging J&Es' pattern and practice of providing disjointed, inapposite and inapplicable authority unrelated to the facts of this case or the argument presented.

18.    Without waving her right to address and provide further argument contained in § I of the Attempted Joinder, in the interest of judicial economy and Ms. Cox having inadequate time to add additional responses to the untruthful legal conclusions contained therein due to the flurry of papers being filed by J&E and time limits involved to respond, Ms. Cox generally denies everything stated therein which she contends brings additional, unjustified fraud on this Honorable Court.

**CONCLUSION**

Accordingly, for the reasons and upon the grounds stated herein, Ms. Cox respectfully requests this Honorable Court deny the Attempted Joinder and take whatever further and other steps it deems just and proper under the circumstances.

Dated:  July 17, 2020

Ronald H. Freshman
Attorney for Kimberly Cox