UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY COX,<br><br>        Plaintiff,<br><br>    v.<br><br>LAW OFFICES OF LES ZIEVE, et al.,<br><br>        Defendants. | Case No. 20-cv-04418-VC<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. No. 5 |

The motion to dismiss is granted. Cox's claims are barred as *res judicata* because they rely entirely on claims and issues already adjudicated to finality in previous litigation against the same defendants (or, parties in privity with the current defendants). *Cox v. Old Republic National Title Insurance Company*, No. 15-cv-02253-BLF, 2016 WL 4180429 (N.D. Cal. Aug. 8, 2016). Indeed, the complaint appears frivolous to the point of being sanctionable. And the opposition to the motion to dismiss is indecipherable.

For these reasons, the case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 18, 2020

VINCE CHHABRIA
United States District Judge