UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY COX,<br><br>   Plaintiff,<br><br>v.<br><br>LAW OFFICES OF LES ZIEVE, et al.,<br><br>   Defendants. | Case No. 20-cv-04418-VC<br><br>**ORDER DENYING MOTION TO ALTER ORDER AND VACATE JUDGMENT**<br><br>Re: Dkt. No. 53 |

The motion to reconsider the Court's order (Dkt. No. 50) and judgment (Dkt. No. 51) is denied. Denial of the motion to remand was implied in the order granting dismissal for *res judicata* where the prior judgment necessarily involved questions of federal law.

**IT IS SO ORDERED.**

Dated: October 22, 2020

_____
VINCE CHHABRIA
United States District Judge