# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a
## United States District Court

Name of U.S. District Court: | NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court case number: | 3:20-cv-04418-VC

Date case was first filed in U.S. District Court: | 07/02/2020

Date of judgment or order you are appealing: | 10/22/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes     ○ No     ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Kimberly Cox

Is this a cross-appeal?  ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

3040 Skycrest Dr.

City: Fallbrook     State: CA     Zip Code: 92028

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/Ronald H. Freshman     **Date** | 11/18/2020

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

---

**Form 1**                                                      *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Kimberly Cox

Name(s) of counsel (if any):

Ronald H. Freshman

Address: 3040 Skycrest Dr., Fallbrook, CA 92028

Telephone number(s): (858) 756-8288

Email(s): ronfreshman@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

NEWREZ LLC;* Qwendena Robinson; and Alfonso Ramirez

Name(s) of counsel (if any):

Pavel Ekmekchyan; Neeru Jindal *Note: counsel claims to represent NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING who is not a defendant as named in this action*

Address: 633 West Fifth Street, Suite 2800, Los Angeles, CA 90071

Telephone number(s): (213) 985-2007; (213) 266-5459

Email(s): pavel@yumollp.com; njindal@yumollp.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   *1*                                   *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

## Appellees

Name(s) of party/parties:

LAW OFFICES OF LES ZIEVE, A PROFESSIONAL CORPORATION ("ZIEVE");* Richard L. Mroczek

Name(s) of counsel (if any):

Bradford E. Klein ("Klein") *Note: representation by Klein for any party is questionable. He did file a notice of appearance for ZBS Law, LLP who is not a defendant named in this action; he failed to appear for defendant ZIEVE; and he also failed to appear a number of times for anyone.*

Address: 30 Corporate Park, Suite 450, Irvine, CA 92606

Telephone number(s): (714) 848-7920

Email(s): bklein@zbslaw.com

Name(s) of party/parties:

All persons known or unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint, adverse to plaintiff's title or any cloud upon plaintiff's title thereto; and Does 1-100 inclusive

Name(s) of counsel (if any): Undetermined at this time

Address:

Telephone Number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*