FILED

NOV 30 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KIMBERLY COX, | No. 20-17264 |
| Plaintiff-Appellant, | D.C. No. 3:20-cv-04418-VC<br>Northern District of California,<br>San Francisco |
| v. | |
| NEWREZ LLC; et al., | ORDER |
| Defendants-Appellees. | |

Before:   CANBY, TASHIMA, and MILLER, Circuit Judges.

Cox's opposed motion for an extension of time to file a petition for rehearing (Docket Entry No. 40) is granted.  Any petition for rehearing is due on January 18, 2022.