FILED

MAR 9 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KIMBERLY COX,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>NEWREZ LLC; et al.,<br><br>        Defendants-Appellees. | No. 20-17264<br><br>D.C. No. 3:20-cv-04418-VC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:   CANBY, TASHIMA, and MILLER, Circuit Judges.

Cox's motion to stay the issuance of the mandate (Docket Entry No. 48) is denied. *See* Fed. R. App. P. 41(d); 9th Cir. R. 41-1. The mandate will issue in due course.

No further filings will be entertained in this closed case.